977 So.2d 704 (2008)
David GUSTIN, Appellant,
v.
NEW RIVER CORRECTIONAL INSTITUTE and Division Of Risk Management, Appellees.
No. 1D08-0496.
District Court of Appeal of Florida, First District.
March 24, 2008.
*705 Howard G. Butler of Ossi, Butler, Najem & Rosario, Jacksonville; Bill McCabe of Shepherd, McCabe & Cooley, Longwood, for Appellant.
Rayford H. Taylor of Stiles, Taylor & Grace, P.A., Atlanta, GA, for Appellees.
PER CURIAM.
DISMISSED. Fla. R.App. P. 9.180(b)(2).
PADOVANO, LEWIS, and THOMAS, JJ., concur.